170 A.3d 953

BOROUGH OF AVALON, PLAINTIFF–PETITIONER, v. THE MARINA AT AVALON ANCHORAGE, LLC, DEFENDANT–RESPONDENT, AND SUNRISE MARINA, INC. AND AVALON ANCHORAGE MARINA, LLC, DEFENDANTS.

September 28, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004817–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs; and it is further

ORDERED that the notice of appeal is dismissed.